FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUL 2 9 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01551-BNB

TIMOTHY DOYLE YOUNG,

     Petitioner,

v.

BUREAU OF PRISONS,

     Respondent.

---

## ORDER OF DISMISSAL

---

Petitioner, Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, originally filed a 28 U.S.C. § 2241 action in the United States District Court for the Southern District of Indiana (District of Indiana). The Southern District of Indiana determined that venue in the instant action properly lies in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court.

In an order entered on June 22, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Young to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Young to file his claims on a Court-approved form that is used in filing § 2241 actions. Magistrate Judge Boland also directed Mr. Young either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Young has failed to file his claims on a proper Court-approved form as he was instructed to do and to either submit a 28 U.S.C. § 1915 Motion and Affidavit or pay the $5.00 filing fee. Mr. Young, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies

DATED at Denver, Colorado, this _29th_ day of ___July_____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01551-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 29, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                              Deputy Clerk